

# Fourth Court of Appeals
## San Antonio, Texas

December 16, 2014

No. 04-14-00358-CV

Juanita **SPRUTE**, M.D. and Jefferson Family Practice Associates,
Appellants

v.

Arnold L. **LEVEY**,
Appellee

From the 45th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-CI-02406
Honorable Larry Noll, Judge Presiding

## O R D E R

The appellee's fourth motion for extension of time to file the brief is GRANTED. The brief must be electronically filed **no later than Monday, January 12, 2015**. If the brief is not filed by this date, this appeal will be set "at issue," and it will be set for submission without an appellee's brief.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 16th day of December, 2014.

_____
Keith E. Hottle
Clerk of Court